IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

LAC COURTE OREILLES BAND
OF LAKE SUPERIOR CHIPPEWA
INDIANS, RED CLIFF BAND OF
LAKE SUPERIOR CHIPPEWA INDIANS,
SOKAOGON CHIPPEWA INDIAN
COMMUNITY, ST. CROIX CHIPPEWA
INDIANS OF WISCONSIN, BAD RIVER
BAND OF LAKE SUPERIOR CHIPPEWA
INDIANS and LAC DU FLAMBEAU
BAND OF LAKE SUPERIOR
INDIANS,

                                                                                               ORDER

                      Plaintiffs,

                                                                       74-cv-313-bbc

     v.

STATE OF WISCONSIN, WISCONSIN
NATURAL RESOURCES BOARD,
CATHY STEPP, KURT THIEDE and
TIM LAWHERN,

                      Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At the scheduling conference held in this case on November 28, 2012, I set an in-person hearing on the parties' motions (plaintiffs' motion for a preliminary injunction, dkt. #193, and defendants' motion for enforcement of the prohibition on shining deer, dkt. #184), for Wednesday, December 12, 2012 at 9:00 a.m. The parties are to file any briefs

1

or other documents relevant to the hearing no later than noon on Monday, December 10, 2012.

Entered this 29th day of November, 2012.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge