IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| LAC COURTE OREILLES BAND OF LAKE SUPERIOR CHIPPEWA INDIANS; LAC DU FLAMBEAU BAND OF LAKE SUPERIOR INDIANS; SOKAOGON CHIPPEWA INDIAN COMMUNITY, MOLE LAKE BAND OF WISCONSIN; BAD RIVER BAND OF LAKE SUPERIOR CHIPPEWA INDIANS; ST. CROIX CHIPPEWA INDIANS OF WISCONSIN; and RED CLIFF BAND OF LAKE SUPERIOR CHIPPEWA INDIANS,<br><br>                Plaintiffs,<br><br>  v.<br><br>STATE OF WISCONSIN; WISCONSIN NATURAL RESOURCES BOARD; CATHY STEPP; KURT THEIDE; and TIM LAWHERN,<br><br>                Defendants. | **NOTICE OF APPEAL**<br><br>Case No. 74-cv-313-bbc |

      The Lac Courte Oreilles Band of Lake Superior Chippewa Indians, the Lac du Flambeau Band of Lake Superior Indians, the Sokaogon Chippewa Community, the Bad River Band of Lake Superior Chippewa Indians, the St. Croix Chippewa Indians of Wisconsin, and the Red Cliff Band of Lake Superior Chippewa Indians ("Plaintiffs") in the above named case, hereby give notice that they are appealing to the United States Court of Appeals for the Seventh Circuit from this Court's December 13, 2013 Opinion and Order. That Opinion and Order denied the Plaintiffs' motion for relief under Fed. R. Civ. P. 60(b) from the judgment entered in this litigation in 1991. In that motion, the Plaintiffs' sought the authority to allow their citizens to

1

hunt white-tailed deer at night, under certain stringent proposed regulations, pursuant to their 1837 and 1842 treaties with the United States.

Dated: January 9, 2014.         **WILLIAM MITCHELL COLLEGE OF LAW, INDIAN LAW CLINIC**
By: /s/Colette Routel_____
Colette Routel
    *Counsel of Record*
Associate Professor of Law
William Mitchell College of Law
875 Summit Avenue
Saint Paul, MN 55105
(651) 290-6327
colette.routel@wmitchell.edu
*Attorney for Plaintiffs Lac du Flambeau Band of Lake Superior Chippewa Indians, Sokaogon Chippewa Community, and the Red Cliff Band of Lake Superior Chippewa Indians*


By: /s/James Schlender. Jr._____
James H. Schlender, Jr.
    *Counsel of Record*
Courtney J. Allensworth
13394 W. Trepania Rd.
Hayward, WI 54843
(715) 634-8934
james.schlender@lco-nsn.gov
*Attorney for Plaintiff Lac Courte Oreilles Band of Lake Superior Chippewa Indians*

By: /s/Howard J. Bichler_____
Howard J. Bichler
    *Counsel of Record*
24663 Angeline Ave.
Webster, WI 54893
(715) 349-2195
howardb@stcroixtribalcenter.com
*Attorney for St. Croix Chippewa Indians of Wisconsin*

By: /s/Erick Arnold
Erick Arnold
    *Counsel of Record*
P.O. Box 39
Odanah, WI 54861
(715) 682-7107
attorney@badriver-nsn.gov
*Attorney for Bad River Band of Lake*
*Superior Chippewa Indians*


By: /s/Dave Ujke
David Ujke
88385 Pike Road
Bayfield, WI 54814
(715) 779-3725 ext. 30
dujke@redcliff-nsn.gov
*Attorney for Plaintiff Red Cliff Band of Lake*
*Superior Chippewa Indians*